# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ALEXANDER, TERRENCE T | § | Case No. 13-40422 |
| BALLENTINE-RUIZ, AYANNA T. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Phillip D. Levey, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

        Jeffrey P. Allsteadt
        U.S. Bankruptcy Court Clerk
        219 South Dearborn Street- 7th Floor
        Chicago, IL  60614

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 06/26/2014 in Courtroom 680,
        United States Courthouse
        219 South Dearborn Street
        Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____  By: Jeffrey P. Allsteadt_____
                                                            Clerk of The United States Bankruptcy
                                                                       Court

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  §
  §
ALEXANDER, TERRENCE T  §  Case No. 13-40422
BALLENTINE-RUIZ, AYANNA T.  §
  §
Debtor(s)  §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 7,500.00 |
| and approved disbursements of | $ | 22.58 |
| leaving a balance on hand of[1] | $ | 7,477.42 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Phillip D. Levey | $ 1,500.00 | $ 0.00 | $ 1,500.00 |
| Trustee Expenses: Phillip D. Levey | $ 50.48 | $ 0.00 | $ 50.48 |
| Attorney for Trustee Fees: Phillip D. Levey | $ 1,575.00 | $ 0.00 | $ 1,575.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 3,125.48 |
| Remaining Balance | | $ | 4,351.94 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) (Page: 2)

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 5,774.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000003A | Internal Revenue Service | $ 4,681.13 | $ 0.00 | $ 3,528.23 |
| 000006A | Illinois Department of Revenue | $ 1,092.87 | $ 0.00 | $ 823.71 |
| | Total to be paid to priority creditors | | | $ 4,351.94 |
| | Remaining Balance | | | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 99,771.75 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Cavalry SPV I, LLC | $ 15,752.47 | $ 0.00 | $ 0.00 |
| 000004 | Quantum3 Group LLC as agent for | $ 243.05 | $ 0.00 | $ 0.00 |
| 000005 | Capital One Bank (USA), N.A. | $ 1,273.83 | $ 0.00 | $ 0.00 |
| 000007 | Santander Consumer USA Inc | $ 9,888.58 | $ 0.00 | $ 0.00 |
| 000008 | American Express Bank, FSB | $ 964.30 | $ 0.00 | $ 0.00 |
| 000009 | Sallie Mae | $ 4,583.91 | $ 0.00 | $ 0.00 |
| 000010 | Dept of Education | $ 42,630.52 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000011 | Portfolio Recovery Associates, LLC | $ 21,388.59 | $ 0.00 | $ 0.00 |
| 000003B | Internal Revenue Service | $ 2,814.02 | $ 0.00 | $ 0.00 |
| 000006B | Illinois Department of Revenue | $ 232.48 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors            $            0.00

Remaining Balance                                                 $            0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Phillip D. Levey
Chapter 7 Trustee

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010) *(Page: 4)*

United States Bankruptcy Court
Northern District of Illinois

In re:  Case No. 13-40422-JPC
Terrence T Alexander  Chapter 7
Ayanna T. Ballentine-Ruiz
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: mgonzalez               Page 1 of 3                   Date Rcvd: May 30, 2014
                              Form ID: pdf006               Total Noticed: 75

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 01, 2014.
```
db/jdb       +Terrence T Alexander,    Ayanna T. Ballentine-Ruiz,    2810 Greenwood,    Hazel Crest, IL 60429-2160
21107171     +4424 S. Indiana Condo Assoc,    4424 S. Indiana,    Chicago, IL 60653-4668
21107172      American Express,    Box 0001,    Los Angeles, CA 90096-0001
21551774    +++American Express Bank, FSB,    c o Becket and Lee LLP,    attorneys/agents for creditor,    POB 3001,
               Malvern, PA 19355-0701
21107174     +BMW of North America LLC,    300 Chestnut Ridge Road,    Woodcliff Lake, NJ 07677-7739
21107173      Bank of America,    P.O. Box 851001,    Dallas, TX 75285-1001
21107175      Capital One,    PO Box 6492,    Carol Stream, IL 60197-6492
21485349    +++Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
               Charlotte, NC 28272-1083
21107176      Card Services,    P.O. Box 13337,    Philadelphia, PA 19101-3337
21107177      Cardmember Service,    P.O. Box 15153,    Wilmington, DE 19886-5153
21107178     +Carmax,    PO Box 440609,    Kennesaw, GA 30160-9511
21107180     +Catrina Snyder,    6364 Patricia,    Matteson, IL 60443-1480
21107181     +Center for Dental Implants Oral &,    Facial Surgery,    10713 W. 159th Street,
               Orland Park, IL 60467-4531
21107182      Chase,    P.O. Bos 78420,    Phoenix, AZ 85062-8420
21107183     +Citi Cards,    Processing Center,    Des Moines, IA 50363-0001
21107185      City of Chicago,    Bureau of Parking,    P.O. Box 88292,    Chicago, IL 60680-1292
21107184     +City of Chicago,    Dept. of Revenue,    P.O. Box 88292,    Chicago, IL 60680-1292
21107186      City of County Club Hills,    39771 Treasury Center,    Chicago, IL 60694-9700
21107187     +Codilis & Associates, P.C.,    Attn: Bankruptcy Dept.,    15W030 N. Frontage Rd, Ste 100,
               Burr Ridge, IL 60527-6921
21107188     +Collection Company of America,    700 Longwater Drive,    Norwell, MA 02061-1796
21107190      Comenity - New York & Co.,    P.O. Box 659728,    San Antonio, TX 78265-9728
21107191     #+Contract Callers Inc.,    P.O. Box 212609,    Augusta, GA 30917-2609
21107193      Department of Education,    FedLoan Servicing,    PO Box 530210,    Atlanta, GA 30353-0210
21706891    +++Dept of Education,    FedLoan Servicing,    P.O. Box 69184,    Harrisburg, PA 17106-9184
21107194     +ER Solutions, Inc.,    P.O. Box 9004,    Renton, WA 98057-9004
21107195     +Financial Industry Reg. Authority,    1735 K Street NW,    Washington, DC 20006-1506
21107196     +Firstsource,    205 Bryant Woods South,    Amherst, NY 14228-3609
21107197      Ford Motor Credit Company,    PO. Box 790093,    Saint Louis, MO 63179-0093
21424757     +Ford Motor Credit Company LLC,    P O Box 6275,    Dearborn, MI 48121-6275
21107198     +GC Services Limited Parnership,    6330 Gulfton,    Houston, TX 77081-1108
21107199      HealthLab,    25 N Winfield Road,    Winfield, IL 60190-1295
21107200     +Heart Care Center of Illinois,    Patient Bill Processing,    PO Box 1180,
               Sharpsburg, GA 30277-0964
21107202    ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,    P O BOX 64338,    CHICAGO IL 60664-0338
              (address filed with court:  Illinois Department of Revenue,     Bankruptcy Section Level 7-425,
               100 W. Randolph Street,    Chicago, IL 60601)
21488451      Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,
               Chicago, Illinois 60664-0338
21107203      Illinois Tollway,    P.O. Box 5201,    Lisle, IL 60532-5201
21107205     +John H. Gholar,    8811 S Pleasant Ave,    Chicago, IL 60643-5942
21107206     +Johnson Mitchell & Schneider, Inc.,    PO Box 916,    Ottawa, IL 61350-0916
21107207     +LA Fitness Int'l LLC,    4340 Lincoln Highway,    Matteson, IL 60443-2445
21107208     +Labcorp,    376 N. Hickory St.,    Joliet, IL 60435-7149
21107209     +Larry S Kajfes, LTD,    30 N La Salle St,    Ste 2040,    Chicago, IL 60602-3355
21107210     +Malcolm S. Gerald & Assoc, Inc,    332 S. Michigan Ave., Suite 600,    Chicago, IL 60604-4318
21107211      Metro Service Center,    PO Box 550460,    Dallas, TX 75355-0460
21107212      Morris Urology/ARIF Agha, MD,    1 S 183 Summit Ave,    Oakbrook Terrace, IL 60181-3904
21107213     +Municipal Collection Services,    PO Box 327,    Palos Heights, IL 60463-0327
21107214      Municipal Collections of America, I,    3348 Ridge Road,    Lansing, IL 60438-3112
21107217     +Nemanich Consulting and Management,,    2756 Caton Farm Road,    Joliet, IL 60435-1309
21107218     +Northland Group, Inc.,    P.O. Box 390846,    SOS73,    Minneapolis, MN 55439-0846
21107219    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court:  Portfolio Recovery Assoc.,     Riverside Commerce Center,
               120 Corporate Blvd., Suite 100,    Norfolk, VA 23502-4962)
21107222      Professional Placement Services LLC,    316 N. Milwaukee St., Ste 410,    P.O. Box 612,
               Milwaukee, WI 53201-0612
21107223     +Renaissance Recovery Services,    PO Box 1095,    Park Ridge, IL 60068-7095
21107224      Safe Deposit Box Center,    PO Box 672024,    Dallas, TX 75267-2024
21107226      Santander Consumer USA,    P.O. Box 105255,    Atlanta, GA 30348-5255
21493336    +++Santander Consumer USA Inc,    P.O. BOX 961245,    Fort Worth, TX 76161-0244
21107227     +Silas Sanders,    1442 S. Kenneth Ave.,    Chicago, IL 60623-1019
21107228      State Disbursement Unit,    P.O. Box 5400,    Carol Stream, IL 60197-5400
21107230     +The University of Chicago,    Physicians Group,    P.O. Box 75307,    Chicago, IL 60675-5307
21107229      The University of Chicago,    Physicians Group,    75 Remittance Drive, Suite 1385,
               Chicago, IL 60675-1385
21107231     +Tinley Primary Care Ltd,    17148 S Harlem Ave,    Tinley Park, IL 60477-3376
21107234    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court:  US Bank,    P.O. Box 2407,    Minneapolis, MN 55402)
21107233      University Of Phoenix,    PO Box 29887,    Phoenix, AZ 85038-9887
```

```
District/off: 0752-1          User: mgonzalez              Page 2 of 3                   Date Rcvd: May 30, 2014
                              Form ID: pdf006              Total Noticed: 75


21107237     +Village of Chicago Heights,   3317 Chicago Road,   Chicago Heights, IL 60411-5422
21107238     +Village of Homewood,   2020 Chestnut Rd.,   Homewood, IL 60430-1776
21107239     +Village of Orland Park,   14600 S. Ravinia Avenue,   Orland Park, IL 60462-2553

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21107179      E-mail/Text: bankruptcy@cashcall.com May 31 2014 01:39:23     CashCall Inc.,    P.O. Box 66007,
               Anaheim, CA 92816
21436306     +E-mail/Text: bankruptcy@cavps.com May 31 2014 01:38:44     Cavalry SPV I, LLC,
               as assignee of HSBC Consumer,   Lending USA LLC/Household Finance,
               500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-1340
21107189      E-mail/Text: legalcollections@comed.com May 31 2014 01:39:14     ComEd,    P.O. Box 6111,
               Carol Stream, IL 60197-6111
21107192     +E-mail/Text: bankruptcy_notifications@ccsusa.com May 31 2014 01:39:24
               Credit Collection Services,   Two Wells Avenue,   Newton, MA 02459-3246
21107204      E-mail/Text: cio.bncmail@irs.gov May 31 2014 01:37:29     Internal Revenue Service,
               P.O. Box 7346,   Philadelphia, PA 19101-7346
21107215     +E-mail/Text: bankruptcydepartment@ncogroup.com May 31 2014 01:38:29     NCO Financial Systems,
               600 Holiday Plaza, Suite 300,   Matteson, IL 60443-2238
21107221      E-mail/Text: bankruptcy@proconsrv.com May 31 2014 01:37:58     Pro Consulting Services,
               P.O. Box 66510,   Houston, TX 77266-6510
21442270      E-mail/Text: bnc-quantum@quantum3group.com May 31 2014 01:37:56
               Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA  98083-0788
21578970     +E-mail/PDF: pa_dc_claims@navient.com May 31 2014 01:40:45     Sallie Mae,    c/o Sallie Mae Inc.,
               220 Lasley Ave,   Wilkes-Barre, PA 18706-1496
21107225      E-mail/PDF: pa_dc_claims@navient.com May 31 2014 01:40:44     Sallie Mae Servicing Corp.,
               P.O. Box 9500,   Wilkes-Barre, PA 18773-9500
21107232     +E-mail/Text: bankruptcydepartment@ncogroup.com May 31 2014 01:38:29     Transworld Systems, Inc.,
               507 Prudential Road,   Horsham, PA 19044-2308
21107235     +E-mail/PDF: pa_dc_litigation@navient.com May 31 2014 01:42:45     USA Funds,    P.O. Box 6180,
               Indianapolis, IN 46206-6180
                                                                                              TOTAL: 12

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21107216       need information
21107220*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
               (address filed with court:   Portfolio Recovery Associates, LLC,    P.O. Box 12914,
                Norfolk, VA 23541)
21788888*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
               (address filed with court:   Portfolio Recovery Associates, LLC,
                successor to FIA CARD SERVICES, N.A.,   PO Box 41067,   Norfolk, VA 23541)
21107201     ##+Household Finance Corporation,   P.O. Box 8603,   Elmhurst, IL 60126-8603
21107236     ##+Verizon Wireless,   Attn: Bankruptcy Group,   P.O. Box 3397,   Bloomington, IL 61702-3397
                                                                                              TOTALS: 1, * 2, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2014                              Signature:  /s/Joseph Speetjens

```
District/off: 0752-1          User: mgonzalez            Page 3 of 3          Date Rcvd: May 30, 2014
                              Form ID: pdf006            Total Noticed: 75
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2014 at the address(es) listed below:

        Jose G Moreno    on behalf of Creditor    JPMorgan Chase Bank, National Association nd-one@il.cslegal.com
        Michael L Sherman    on behalf of Creditor    FORD MOTOR CREDIT COMPANY LLC shermlaw1@aol.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        Phillip D Levey, ESQ    on behalf of Trustee Phillip D Levey, ESQ levey47@hotmail.com, plevey@ecf.epiqsystems.com
        Phillip D Levey, ESQ    levey47@hotmail.com, plevey@ecf.epiqsystems.com
        Stuart B Handelman    on behalf of Debtor Terrence T Alexander court@sbhpc.net, ksmith@sbhpc.net, jhuang@sbhpc.net
        Stuart B Handelman    on behalf of Joint Debtor Ayanna T. Ballentine-Ruiz court@sbhpc.net, ksmith@sbhpc.net,jhuang@sbhpc.net

        TOTAL: 7