UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| ALEXANDER, TERRENCE T | § | Case No. 13-40422 |
| BALLENTINE-RUIZ, AYANNA T. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Phillip D. Levey, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    (see **Exhibit 2**), yielded net receipts of $    from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

　　　　4)  This case was originally filed under chapter   on　　　　 . The case was pending for　 months.

　　　　5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

　　　　6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

　　　　Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

　　　　Dated: _____  By:/s/Phillip D. Levey_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Carmax PO Box 440609<br>Kennesaw, GA 30160 |  |  |  |  |  |
|  | Chase P.O. Bos 78420<br>Phoenix, AZ 85062-8420 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Codilis & Associates, P.C. Attn: Bankruptcy Dept. 15W030 N. Frontage Rd, Ste 100 Burr Ridge, IL 60561-5009 | | | | | |
| | Ford Motor Credit Company PO. Box 790093 Saint Louis, MO 63179-0093 | | | | | |
| 000001 | FORD MOTOR CREDIT COMPANY LLC | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILLIP D. LEVEY | | | | | |
| PHILLIP D. LEVEY | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| LEVEY, PHILLIP D. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Catrina Snyder;6364 Patricia;Matteson, IL 60443 | | | | | |
| | Illinois Department of Revenue Bankruptcy Section Level 7-425 100 W. Randolph Street Chicago, IL 60601 | | | | | |
| | Illinois Department of Revenue Bankruptcy Section Level 7-425 100 W. Randolph Street Chicago, IL 60601 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Department of Revenue Bankruptcy Section Level 7-425 100 W. Randolph Street Chicago, IL 60601 | | | | | |
| | Illinois Department of Revenue Bankruptcy Section Level 7-425 100 W. Randolph Street Chicago, IL 60601 | | | | | |
| | Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | | | | | |
| | Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | | | | | |
| | Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | | | | | |
| | Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | | | | | |
| | State Disbursement Unit;PO Box 5400;Carol Stream, IL 60197-5400 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000006A | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 000003A | INTERNAL REVENUE SERVICE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 4424 S. Indiana Condo Assoc 4424 S. Indiana Chicago, IL 60653 | | | | | |
| | American Express Box 0001 Los Angeles, CA 90096-0001 | | | | | |
| | BMW of North America LLC 300 Chestnut Ridge Road Woodcliff Lake, NJ 07677 | | | | | |
| | Bank of America P.O. Box 851001 Dallas, TX 75285-1001 | | | | | |
| | Capital One PO Box 6492 Carol Stream, IL 60197-6492 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Card Services P.O. Box 13337 Philadelphia, PA 19101-3337 | | | | | |
| | Cardmember Service P.O. Box 15153 Wilmington, DE 19886-5153 | | | | | |
| | Cardmember Service P.O. Box 15153 Wilmington, DE 19886-5153 | | | | | |
| | Cardmember Service P.O. Box 15153 Wilmington, DE 19886-5153 | | | | | |
| | CashCall Inc. P.O. Box 66007 Anaheim, CA 92816 | | | | | |
| | Center for Dental Implants Oral & Facial Surgery 10713 W. 159th Street Orland Park, IL 60467 | | | | | |
| | Citi Cards Processing Center Des Moines, IA 50363 | | | | | |
| | City of Chicago Bureau of Parking P.O. Box 88292 Chicago, IL 60680-1292 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | City of Chicago Dept. of Revenue P.O. Box 88292 Chicago, IL 60680 | | | | | |
| | City of County Club Hills 39771 Treasury Center Chicago, IL 60694-9700 | | | | | |
| | Collection Company of America 700 Longwater Drive Norwell, MA 02061 | | | | | |
| | ComEd P.O. Box 6111 Carol Stream, IL 60197-6111 | | | | | |
| | ComEd P.O. Box 6111 Carol Stream, IL 60197-6111 | | | | | |
| | Comenity - New York & Co. P.O. Box 659728 San Antonio, TX 78265-9728 | | | | | |
| | Contract Callers Inc. P.O. Box 212609 Augusta, GA 30917 | | | | | |
| | Credit Collection Services Two Wells Avenue Newton, MA 02459 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Department of Education FedLoan Servicing PO Box 530210 Atlanta, GA 30353-0210 | | | | | |
| | ER Solutions, Inc. P.O. Box 9004 Renton, WA 98057 | | | | | |
| | ER Solutions, Inc. P.O. Box 9004 Renton, WA 98057 | | | | | |
| | Financial Industry Reg. Authority 1735 K Street NW Washington, DC 20006 | | | | | |
| | Firstsource 205 Bryant Woods South Amherst, NY 14228 | | | | | |
| | GC Services Limited Parnership 6330 Gulfton Houston, TX 77081 | | | | | |
| | GC Services Limited Parnership 6330 Gulfton Houston, TX 77081 | | | | | |
| | HealthLab 25 N Winfield Road Winfield, IL 60190-1295 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Heart Care Center of Illinois Patient Bill Processing PO Box 1180 Sharpsburg, GA 30277 | | | | | |
| | Household Finance Corporation P.O. Box 8603 Elmhurst, IL 60126 | | | | | |
| | Illinois Tollway P.O. Box 5201 Lisle, IL 60532-5201 | | | | | |
| | Illinois Tollway P.O. Box 5201 Lisle, IL 60532-5201 | | | | | |
| | Illinois Tollway P.O. Box 5201 Lisle, IL 60532-5201 | | | | | |
| | John H. Gholar 8811 S Pleasant Ave Chicago, IL 60643 | | | | | |
| | Johnson Mitchell & Schneider, Inc. PO Box 916 Ottawa, IL 61350 | | | | | |
| | LA Fitness Int'l LLC 4340 Lincoln Highway Matteson, IL 60443 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Labcorp 376 N. Hickory St. Joliet, IL 60435 |  |  |  |  |  |
|  | Larry S Kajfes, LTD 30 N La Salle St Ste 2040 Chicago, IL 60602-2607 |  |  |  |  |  |
|  | Malcolm S. Gerald & Assoc, Inc 332 S. Michigan Ave., Suite 600 Chicago, IL 60604 |  |  |  |  |  |
|  | Metro Service Center PO Box 550460 Dallas, TX 75355-0460 |  |  |  |  |  |
|  | Morris Urology/ARIF Agha, MD 1 S 183 Summit Ave Oakbrook Terrace, IL 60181-3904 |  |  |  |  |  |
|  | Municipal Collection Services PO Box 327 Palos Heights, IL 60463 |  |  |  |  |  |
|  | Municipal Collections of America, I 3348 Ridge Road Lansing, IL 60438-3112 |  |  |  |  |  |
|  | NCO Financial Systems 600 Holiday Plaza, Suite 300 Matteson, IL 60443 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Nemanich Consulting and Management, 2756 Caton Farm Road Joliet, IL 60435 | | | | | |
| | Northland Group, Inc. P.O. Box 390846 SOS73 Minneapolis, MN 55439 | | | | | |
| | Portfolio Recovery Assoc. Riverside Commerce Center 120 Corporate Blvd., Suite 100 Norfolk, VA 23502-4962 | | | | | |
| | Portfolio Recovery Associates, LLC P.O. Box 12914 Norfolk, VA 23541 | | | | | |
| | Pro Consulting Services P.O. Box 66510 Houston, TX 77266-6510 | | | | | |
| | Professional Placement Services LLC 316 N. Milwaukee St., Ste 410 P.O. Box 612 Milwaukee, WI 53201-0612 | | | | | |
| | Renaissance Recovery Services PO Box 1095 Park Ridge, IL 60068 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Safe Deposit Box Center PO Box 672024 Dallas, TX 75267-2024 | | | | | |
| | Sallie Mae Servicing Corp. P.O. Box 9500 Wilkes-Barre, PA 18773-9500 | | | | | |
| | Santander Consumer USA P.O. Box 105255 Atlanta, GA 30348-5255 | | | | | |
| | Silas Sanders 1442 S. Kenneth Ave. Chicago, IL 60623 | | | | | |
| | The University of Chicago Physicians Group 75 Remittance Drive, Suite 1385 Chicago, IL 60675-1385 | | | | | |
| | The University of Chicago Physicians Group 75 Remittance Drive, Suite 1385 Chicago, IL 60675-1385 | | | | | |
| | The University of Chicago Physicians Group P.O. Box 75307 Chicago, IL 60675 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Tinley Primary Care Ltd 17148 S Harlem Ave Tinley Park, IL 60477-3331 | | | | | |
| | Transworld Systems, Inc. 507 Prudential Road Horsham, PA 19044 | | | | | |
| | US Bank P.O. Box 2407 Minneapolis, MN 55402 | | | | | |
| | USA Funds P.O. Box 6180 Indianapolis, IN 46206 | | | | | |
| | University Of Phoenix PO Box 29887 Phoenix, AZ 85038-9887 | | | | | |
| | Verizon Wireless Attn: Bankruptcy Group P.O. Box 3397 Bloomington, IL 61702 | | | | | |
| | Village of Chicago Heights 3317 Chicago Road Chicago Heights, IL 60411 | | | | | |
| | Village of Homewood 2020 Chestnut Rd. Homewood, IL 60430 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Village of Orland Park 14600 S. Ravinia Avenue Orland Park, IL 60462 | | | | | |
| 000008 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000005 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000002 | CAVALRY SPV I, LLC | | | | | |
| 000010 | DEPT OF EDUCATION | | | | | |
| 000006B | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 000003B | INTERNAL REVENUE SERVICE | | | | | |
| 000011 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| 000004 | QUANTUM3 GROUP LLC AS AGENT FOR | | | | | |
| 000009 | SALLIE MAE | | | | | |
| 000007 | SANTANDER CONSUMER USA INC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

| | |
|---|---|
| Case No: 13-40422 JPC Judge: JACQUELINE P. COX | Trustee Name: Phillip D. Levey |
| Case Name: ALEXANDER, TERRENCE T | Date Filed (f) or Converted (c): 10/15/13 (f) |
| BALLENTINE-RUIZ, AYANNA T. | 341(a) Meeting Date: 12/02/13 |
| For Period Ending: 08/25/14 | Claims Bar Date: 04/15/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. HOUSE - 89 LAWRENCE LANE, MATTESON IL | 178,000.00 | 0.00 | | 0.00 | 0.00 |
| Single Family Residence 89 Lawrence Lane, Matteson, IL | | | | | |
| 2. PNC Bank - Checking | 330.65 | 0.00 | | 0.00 | 0.00 |
| PNC Bank, checking Location: 2810 Greenwood, Hazel Crest IL 60429 | | | | | |
| 3. Chase Bank - Checking | 7.63 | 0.00 | | 0.00 | 0.00 |
| Chase Bank, checking | | | | | |
| 4. Chase - Checking | 58.92 | 0.00 | | 0.00 | 0.00 |
| Chase, checking | | | | | |
| 5. Standard Bank & Trust - Checking | 258.57 | 0.00 | | 0.00 | 0.00 |
| Standard Bank & Trust, checking | | | | | |
| 6. Corprate America Family Credit Union, checking | 5.00 | 0.00 | | 0.00 | 0.00 |
| Corprate America Family Credit Union, checking | | | | | |
| 7. Citibank - Checking | 60.00 | 0.00 | | 0.00 | 0.00 |
| Citibank, checking | | | | | |
| 8. HOUSEHOLD GOODS | 700.00 | 0.00 | | 0.00 | 0.00 |
| Furniture, electronic Location: 2810 Greenwood, Hazel Crest IL 60429 | | | | | |
| 9. WEARING APPAREL | 300.00 | 0.00 | | 0.00 | 0.00 |
| Clothing Location: 2810 Greenwood, Hazel Crest IL 60429 | | | | | |
| 10. FURS AND JEWELRY | 1,500.00 | 0.00 | | 0.00 | 0.00 |
| Rings, watches, earings Location: 2810 Greenwood, Hazel Crest IL 60429 | | | | | |
| 11. Prudential Life Insurance, term policy | 0.00 | 0.00 | | 0.00 | 0.00 |
| Prudential Life Insurance, term policy | | | | | |
| 12. Symetra, term life | 0.00 | 0.00 | | 0.00 | 0.00 |
| Symetra, term life | | | | | |
| 13. JPMorgan Chase, Employee Stock Purchasde Plan | 2,200.00 | 0.00 | | 0.00 | 0.00 |

LFORM1 Ver: 18.00b

UST Form 101-7-TDR (5/1/2011) *(Page: 17)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| Case No: | 13-40422 | JPC | Judge: JACQUELINE P. COX | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|---|
| Case Name: | ALEXANDER, TERRENCE T | | | Date Filed (f) or Converted (c): | 10/15/13 (f) |
| | BALLENTINE-RUIZ, AYANNA T. | | | 341(a) Meeting Date: | 12/02/13 |
| | | | | Claims Bar Date: | 04/15/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| JPMorgan Chase, Employee Stock Purchasde Plan | | | | | |
| 14. US Bank 401(K) | 3,412.13 | 0.00 | | 0.00 | 0.00 |
| US Bank 401(K) | | | | | |
| 15. 2005 Mercedes Benz CLK 320 | 6,500.50 | 0.00 | | 7,500.00 | FA |
| 2005 Mercedes-Benz CLK320, 45,000 miles, title of car is in joint with Wife's name and Dexter Ballentine Location: 2810 Greenwood, Hazel Crest IL 60429 | | | | | |
| 16. 2011 For Explorer | 28,940.00 | 0.00 | | 0.00 | 0.00 |
| 2011 Ford Explorer, with 50,000 miles Location: 2810 Greenwood, Hazel Crest IL 60429 | | | | | |
| 17. 2009 Lexus ES350 | 17,190.00 | 0.00 | | 0.00 | 0.00 |
| 2009 Lexus ES350  38,000 miles Location: 2810 Greenwood, Hazel Crest IL 60429 | | | | | |
| TOTALS (Excluding Unknown Values) | $239,463.40 | $0.00 | | $7,500.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR):  / /          Current Projected Date of Final Report (TFR):  / /

LFORM1                                                                                                                                                    Ver: 18.00b
**UST Form 101-7-TDR (5/1/2011)** *(Page: 18)*

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-40422 -JPC | | Trustee Name: | Phillip D. Levey |
| Case Name: | ALEXANDER, TERRENCE T | | Bank Name: | ASSOCIATED BANK |
| | BALLENTINE-RUIZ, AYANNA T. | | Account Number / CD #: | *******5026 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9599 | | | |
| For Period Ending: | 08/25/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/16/14 | 15 | Ayanna T. Ballentine-Ruiz | Sale of Automobile | 1129-000 | 7,500.00 | | 7,500.00 |
| 04/01/14 | 010001 | International Sureties, Ltd. | TRUSTEE'S BOND | 2300-000 | | 1.81 | 7,498.19 |
| | | 701 Poydras Street - Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 7,488.19 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.77 | 7,477.42 |
| 06/30/14 | 010002 | PHILLIP D. LEVEY | Chapter 7 Compensation/Fees | 2100-000 | | 1,500.00 | 5,977.42 |
| | | 2722 NORTH RACINE AVENUE | | | | | |
| | | CHICAGO, IL 60614 | | | | | |
| 06/30/14 | 010003 | PHILLIP D. LEVEY | Chapter 7 Expenses | 2200-000 | | 50.48 | 5,926.94 |
| | | 2722 NORTH RACINE AVENUE | | | | | |
| | | CHICAGO, IL 60614 | | | | | |
| 06/30/14 | 010004 | Phillip D. Levey | Attorney for Trustee Fees (Trustee | 3110-000 | | 1,575.00 | 4,351.94 |
| 06/30/14 | 010005 | Internal Revenue Service | Claim 000003A, Payment 75.37133% | 5800-000 | | 3,528.23 | 823.71 |
| | | P.O. Box 7346 | | | | | |
| | | Philadelphia, PA 19101-7346 | | | | | |
| 06/30/14 | 010006 | Illinois Department of Revenue | Claim 000006A, Payment 75.37127% | 5800-000 | | 823.71 | 0.00 |
| | | Bankruptcy Section | | | | | |
| | | P.O. Box 64338 | | | | | |
| | | Chicago, Illinois 60664-0338 | | | | | |

Page Subtotals       7,500.00       7,500.00

Ver: 18.00b

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 19)

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 13-40422 -JPC |
| Case Name: | ALEXANDER, TERRENCE T |
| | BALLENTINE-RUIZ, AYANNA T. |
| Taxpayer ID No: | *******9599 |
| For Period Ending: | 08/25/14 |

| | |
|---|---|
| Trustee Name: | Phillip D. Levey |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******5026 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 7,500.00 | 7,500.00 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 7,500.00 | 7,500.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 7,500.00 | 7,500.00 | |
| | | | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | | | TOTAL - ALL ACCOUNTS | | | | |
| | | | Checking Account (Non-Interest Earn - ********5026 | | 7,500.00 | 7,500.00 | 0.00 |
| | | | | | 7,500.00 | 7,500.00 | 0.00 |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  0.00  0.00

Ver: 18.00b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 20)*